**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                          NO. 4:08CR00366-001

EDWARD RUFF II

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (doc #46) as to the above-named defendant should be amended to reflect an Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $36,417.94.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect an Order of Forfeiture consisting of a money judgment in the amount of $36,417.94, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 8th day of October 2010.

/s/Susan Webber Wright
United States District Judge